**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ANTONNE REED, #67953**                                                                 **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:07-cv-222-DCB-MTP**

**UNDRA WILLIAMS, et al.**                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

SO ORDERED, this the   25th   day of March, 2008.


                                           s/ David Bramlette
                                 UNITED STATES DISTRICT JUDGE